918

■ FRANCISCO LOPEZ v. RUSSELL BROWN et al.— Motion for leave to serve and file an abbreviated record denied without prejudice to an application for leave to appeal on a typewritten record accompanied by printed copies of such portions of the record as plaintiff may be advised, upon an adequate showing of plaintiff's financial condition. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ FRANK HENNESSY, as Administrator v. 18 MINERVA PLACE, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 30, 1962, with notice of argument for September 11, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ DOROTHY FITZGERALD et al. v. NATIONAL HOUSE CLEANING CONTRACTORS, INC.— Motion for leave to appeal as poor persons granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorney for the respondent and file 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ H. D. S. MERCANTILE CORP. v. MONET FASHIONS, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of JEROME RUFUS v. DEPARTMENT OF STATE OF THE STATE OF NEW YORK.—Motion to dispense with printing granted insofar as to permit the proceeding to be heard upon a typewritten record, without printing the same, and upon typewritten petitioner's points, upon condition that the petitioner serves one copy of the typewritten record and one copy of the typewritten petitioner's points on the Attorney-General, and files six typewritten copies of the record (only one copy of which need contain the minutes) and six typewritten copies of petitioner's points with this court. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ EDWARD SELEN v. L. ABELSON & SON, INC.— Motion to dispense with printing denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT VINGO.— Motion to reinstate appeal denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between ELECTRONIC & MISSILE FACILITIES, INC., and EMERSON-GARDEN ELECTRIC COMPANY, INC.—CARIBBEAN.— Motion for a stay granted on the terms and conditions set forth in the order to show cause dated June 7, 1962 and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 30, 1962, with notice of argument for September 11, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.